■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELYN BINYON, Appellant. [849 NYS2d 800]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mangano, Jr., J.), rendered January 9, 2006, convicting her of assault in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

There is no merit to the defendant's contention that the Supreme Court erred in denying her request for a missing witness charge with respect to one of the complainants. The People established that the uncalled witness, who had left the country, was unavailable (*see People v Gonzalez* 68 NY2d 424 [1986]; *People v Benjamin,* 210 AD2d 418 [1994]; *People v Ortega,* 166 AD2d 728 [1990]). Santucci, J.P., Lifson, Covello and Dickerson, JJ., concur.